FILED

AUG 28 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KAREN JOSEFINA SIQUEIROS-VALENZUELA,<br><br>Petitioner,<br><br>v.<br><br>MERRICK B. GARLAND, Attorney General,<br><br>Respondent. | No. 24-2690<br><br>Agency No. A205-494-422<br><br>ORDER |

Before: SCHROEDER, M. SMITH, and HURWITZ, Circuit Judges.

Petitioner seeks review of an order of the Board of Immigration Appeals upholding an immigration judge's denial of cancellation of removal as a matter of discretion. We lack jurisdiction to review this decision. *See* 8 U.S.C. § 1252(a)(2)(B)(i); *Patel v. Garland*, 596 U.S. 328, 338-40 (2022) (where the agency denies a form of relief listed in 8 U.S.C. § 1252(a)(2)(B)(i), federal courts have jurisdiction to review constitutional claims and questions of law, but not factual findings and discretionary decisions).

The petition does not raise a colorable legal or constitutional claim over which we retain jurisdiction. *See* 8 U.S.C. § 1252(a)(2)(D).

The government's motion to dismiss this petition for lack of jurisdiction (Docket Entry No. 11) is granted.

The motion for appointment of pro bono counsel (Docket Entry No. 9) is denied as moot.

**PETITION FOR REVIEW DISMISSED.**