UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 15 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

KAREN JOSEFINA SIQUEIROS-VALENZUELA,

    Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

    Respondent.

No. 24-2690

Agency No. A205-494-422

ORDER

Before: SCHROEDER, M. SMITH, and HURWITZ, Circuit Judges.

Petitioner's motion for reconsideration (Docket Entry No. 13) of the court's order dismissing this petition for review is denied. *See* 9th Cir. R. 27-10.