KAREN JOSEFINA SIQUEIROS-VALENZUELA,

        Petitioner,

v.

JAMES R. MCHENRY III, Acting Attorney General,

        Respondent.

No. 24-2690

Agency No. A205-494-422

MANDATE

The judgment of this Court, entered August 28, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT